UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:

WON VISION, INC.,

    Plaintiff,

Vs.

LITTLE HAVANA RESTAURANT, INC.,

    Defendant.

_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendant, LITTLE HAVANA RESTAURANT, INC., by and through its undersigned attorney, files their Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, and states as follows:

1. On November 4, 2019, Plaintiff filed the above-styled action in the Circuit Court of the 11th Judicial District of Florida as Case No. No. 2019-032594-CA-01. Plaintiff alleges violations of Title III of the Americans with Disabilities Act. 42 U.S.C. §§12181-12189 ("ADA").

2. Defendant provides this notice of removing the action from the 11th Judicial Circuit in and for Miami Dade County, Florida to this Court. Removal is proper under 28 U.S.C. § 1441(a) because the Court has federal question jurisdiction.

3. This notice has been timely filed within 30 days of the Complaint's service upon the Defendant. 28 U.S.C. § 1446(b)(1).

## Federal Question Jurisdiction

4. Pursuant to 28 U.S.C. § 1331, "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." A defendant

may remove any "civil action brought in a State court of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a).

5. Plaintiff's Complaint asserts such claims arising under Title III of the Americans with Disabilities Act against the Defendant alleging that its website is not compliant with federal law and federal regulations.

6. The Court has original jurisdiction over these federal claims, allowing for removal of the action.

### Attachment of State-Court Filings

7. In accordance with 28 U.S.C. § 1446(a), attached to this motion as Exhibit A are true and correct copies of all process, pleadings and orders that have been filed in the state court to date along with a current docket sheet from the Eleventh Judicial Circuit.

8. In removing this action, Defendant does not waive any available defenses or admit any of the Complaint's allegations.

9. The only such documents at this time are the Complaint, summonses and returns of service, a motion for extension of time and an agreed order granting same. There are no motions or oppositions currently pending in the state court and therefore no copies to attach as otherwise required by S.D. Fla. Local R. 7.2.

Dated: December 4, 2019

Respectfully submitted,

MICHAEL A. PANCIER
Counsel for Defendant
9000 Sheridan Street - Suite 93
Pembroke Pines, FL 33024
Tel.: 954-862-2217
Email: mpancier@pancierlaw.com
By: /s/ Michael A. Pancier, Esq.
    MICHAEL A. PANCIER
    Florida Bar No.: 958484

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on December 4, 2019 via e-service upon:

>Lawrence J. McGuinness
>MG Legal Group
>ljm@ljmpalaw.com
>scheduling_ljmpa@comcast.net

>Respectfully submitted,
>
>MICHAEL A. PANCIER. Esq
>Counsel for Defendants
>9000 Sheridan Street - Suite 93
>Pembroke Pines, FL  33024
>Tel.:  954-862-2217
>Email: mpancier@pancierlaw.com
>
>By: /s/ Michael A. Pancier, Esq.
>    MICHAEL A. PANCIER
>    Florida Bar No.: 958484