UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:19-cv-24990-JLK/ Becerra

WON VISION, INC.,

    Plaintiff,

Vs.

LITTLE HAVANA RESTAURANT, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, LITTLE HAVANA RESTAURANT, INC., through undersigned counsel, hereby notifies the Court that the parties have reached a settlement in this matter and respectfully requests two weeks to finalize a Consent Decree to be submitted to the Court for approval.

Dated: December 18, 2019

                                                              Respectfully submitted,

                                                              MICHAEL A. PANCIER
                                                              Counsel for Defendant
                                                              9000 Sheridan Street - Suite 93
                                                              Pembroke Pines, FL  33024
                                                              Tel.:  954-862-2217
                                                              Email: mpancier@pancierlaw.com
                                                              By:  /s/ Michael A. Pancier, Esq.
                                                                  MICHAEL A. PANCIER
                                                                Florida Bar No.: 958484

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on December 18, 2019 via e-service upon:

>Lawrence J. McGuinness
>MG Legal Group
>ljm@ljmpalaw.com
>scheduling_ljmpa@comcast.net

>Respectfully submitted,
>
>MICHAEL A. PANCIER. Esq
>Counsel for Defendants
>9000 Sheridan Street - Suite 93
>Pembroke Pines, FL  33024
>Tel.:  954-862-2217
>Email: mpancier@pancierlaw.com
>
>By: /s/ Michael A. Pancier, Esq.
>       MICHAEL A. PANCIER
>       Florida Bar No.: 958484