UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-24990-CV-KING

WON VISION, INC.,

    Plaintiff,

v.

LITTLE HAVANA RESTAURANT, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the court upon the Notice of Settlement (D.E. #3) filed December 18, 2019. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby **DISMISSED**. The Court shall retain jurisdiction to enforce the terms of the agreement.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The Clerk shall **CLOSE** this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 19th day of December, 2019.

                                                JAMES LAWRENCE KING  
                                                UNITED STATES DISTRICT JUDGE

cc:

*Counsel for Plaintiff:*
**Lawrence Joseph McGuinness**
MG Legal Group, P.A.
3126 Center Street
Coconut Grove, FL 33133
United Sta
305-448-9557
Fax: 305-448-9559
Email: ljm@ljmpalaw.com

*Counsel for Defendant:*
**Michael Anthony Pancier**
Michael A. Pancier, P.A.
9000 Sheridan Street
Suite 93
Pembroke Pines, FL 33024
954-862-2217
Fax: 954-862-2287
Email: mpancier@pancierlaw.com