UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 1:19-cv-24990-JLK

WON VISION, INC.,

    Plaintiff,

v.

LITTLE HAVANA RESTAURANT, INC.,

    Defendant.

_____/

## FINAL ORDER APPROVING SETTLEMENT AND DISMISSING MATTER WITH PREJUDICE

**THIS CAUSE** came before the Court on the Parties Joint Motion For Approval And Entry of Consent Decree and Dismissal With Prejudice with the Court Retaining Jurisdiction to Enforce the Consent Decree [ECF No. 5] filed herein on December 30, 2019.

**THE COURT** having reviewed the Consent Decree [ECF No. 5, Exhibit "A"], the pleadings, and papers filed in this cause, being advised that the parties hereto seek Court approval of the Consent Decree and dismissal of this action with the Court retaining jurisdiction to enforce the Consent Decree entered between the Parties, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This Court has reviewed and hereby APPROVES the Consent Decree entered into by the Parties and directs the Parties to comply with the terms thereof.

2. This matter is hereby dismissed with prejudice, as to Defendant, LITTLE HAVANA RESTAURANT, INC., subject to the provisions hereof.

3. The Court shall reserve jurisdiction to enforce the settlement between the Parties pursuant to the terms contained therein.

4. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Miami County, Florida this 3 day of Jan, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE

*Copies furnished counsel VIA ECF*